# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>Duane R Zanon and<br>Carol M Zanon,<br>              Debtors. | ) Case No. 19-20284 - E - 7<br>) Docket Control No. AMM-1<br>) Document No. 14<br>) Date: 03/21/2019<br>) Time: 10:00 AM<br>) DEPT: E |

**Order**

Findings of Fact and Conclusions of Law are stated in the Civil Minutes for the hearing.

The Motion for Relief from the Automatic Stay filed by The Bank of New York Mellon as Indenture Trustee for Nationstar Home Equity Loan Trust 2009-A ("Movant") having been presented to the court, and upon review of the pleadings, evidence, arguments of counsel, and good cause appearing,

**IT IS ORDERED** that the automatic stay provisions of 11 U.S.C. § 362(a) are vacated to allow Movant, its agents, representatives, and successors, and trustee under the trust deed, and any other beneficiary or trustee, and their respective agents and successors under any trust deed that is recorded against the real property commonly known as 28 Cherokee Road, Oroville, California ("Property") to secure an obligation to exercise any and all rights arising under the promissory note, trust deed, and applicable nonbankruptcy law to conduct a nonjudicial foreclosure sale and for the purchaser at any such sale to obtain possession of the Property.

**IT IS FURTHER ORDERED** that the fourteen-day stay of enforcement provided in Federal Rule of Bankruptcy Procedure 4001(a)(3) is not waived for cause.

No other or additional relief is granted.

Dated: March 25, 2019

By the Court

Ronald H. Sargis, Judge
United States Bankruptcy Court